IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 16-5371** |
| | : | |
| **BERNARD M. PALMER** | : | |

## ORDER

This 4th day of January, 2017, it is hereby **ORDERED** that Plaintiff's Motion for Service by Posting Property and Certified Mail is **GRANTED** (Doc #2) for the reasons that follow.

The Court is satisfied that reasonable efforts have been made and that the Defendant is avoiding service because 1) service was attempted at a property owned by one Lisa Palmer; 2) the property was occupied but no one would answer the door; 3) notice was left requesting the defendant to communicate, with no response, and 4) Defendant has not filed a change of address with the U.S. Postal Service.

The Summons and Complaint shall be served on the Defendant by Plaintiff or its agent by posting a copy of the Summons and Complaint in Enforced Collection on the property of the last known address and by regular and certified mail addressed to the Defendant's last known address. Service shall be completed upon posting or upon mailing, whichever occurs later.

/s/ Gerald Austin McHugh
United States District Judge