# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNTIED STATES OF AMERICA; et seq.** <br> **Plaintiff (Petitioner)** <br><br> v. <br><br> **BERNARD M. PALMER; et al.** <br> **Defendant (Respondent)** | **CASE and/or DOCKET No.:** 16-05371 <br><br> **Sheriff's Sale Date:** _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BERNARD M. PALMER the above process on the 9 day of January, 2017, at 11:09 o'clock, A M, at 5628 PENTRIDGE STREET PHILADELPHIA, PA 19143, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_ )
                             ) SS:
County of _Berks_           )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158072
Case ID #: 4781867

Subscribed and sworn to before me
this _9_ day of _Jan_, 20 _17_

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO/Brittni A.

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5609-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703753194483<br>9171999991703753194483 | MCNEIL, TANYA Y.<br>1922 West Hilton Street<br>Philadelphia, PA 19140 | ERR<br>C | 2.960 | 1.40<br>3.45 | | | 7.81 |
| 9171999991703753194490<br>9171999991703753194490 | PALMER, BERNARD M.<br>5628 Pentridge Street<br>Philadelphia, PA 19143 | ERR<br>C | 2.960 | 1.40<br>3.45 | | | 7.81 |
| Page Totals<br>Cumulative Totals | 2<br>2 | | 5.92<br>5.92 | 9.70<br>9.70 | | | 15.62<br>15.62 |

Round stamp: PHILA, PA 19106 — JAN -5 2017 — USPS CONTINENTAL STATION

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)

Extra Service Codes:
C       Certified
ERR     Return Receipt

| | RR Fee | RD Fee | SH Fee | SC Fee | DC Fee | Due Sender if COD | Insured Value | Actual Value if Registered | Postmark and Date of Receipt | Handling Charge | Fee | Postage | Addressee (Name, Street, City, State, & ZIP Code) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | | | | | | | | | | | | | BERNARD PALMER<br>PALMER, BERNARD M.<br>5628 Pentridge Street<br>Philadelphia, PA 19143 |
| 4. | | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Name and Address of Sender
KML LAW GROUP, P.C.
SUITE 5000
701 MARKET STREET
PHILADELPHIA, PA
19106-1532

Check type of mail or service:
☐ Certified  ☐ Recorded Delivery (International)
☐ COD  ☐ Registered
☐ Delivery Confirmation  ☐ Return Receipt for Merchandise
☐ Express Mail  ☐ Signature Confirmation
☐ Insured

Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

U.S. POSTAGE >> PITNEY BOWES
$ 001.35⁰
ZIP 19106
02 1W
0001391829 JAN 05 2017

USPS CONTINENTAL STATION
JAN -5 2017
PHILA, PA 19106

Total Number of Pieces Listed by Sender: 1
Total Number of Pieces Received at Post Office:

Postmaster, Per (Name of receiving employee)

See Privacy Act Statement on Reverse

Complete by Typewriter, Ink, or Ball Point Pen

PS Form 3877, February 2002 (Page 1 of 2)

USA-158072   Philadelphia County   Sale Date:

BERNARD M. PALMER

PCO - Britni Augushy