# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                     Plaintiff<br>v.<br>BERNARD M. PALMER,<br>                     Defendant | No. 16-05371 |

### DEFAULT JUDGMENT

AND NOW, this 9th day of February, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Thomas I,. Puleo, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, October 13, 2016 and, after due service of process on Defendant, BERNARD M. PALMER, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, BERNARD M. PALMER, in the amount of $7,531.79. Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date: 2/9/17

                                                Clerk, United States District Court
                                                EasternDistrict of Pennsylvania

                                  By: _____
                                          Deputy Clerk